# ATTACHMENT 1

FILED/REC'D
2025 SEP 18 P 12: 02
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE **WESTERN** DISTRICT OF **WISCONSIN**

(Full name of plaintiff(s))

**Robin Lavance Perkins**

vs

(Full name of defendant(s))

**Board of Regents of the University of Wisconsin**

Case Number:

**25-cv-782-jdp**
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **Wisconsin**, and is located at
   (State)
   **Waupun Correctional Inst. Po Box 351 Waupun, WI 53963-0351**
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **Board of Regents of the University Wisconsin** (Name)

is (if a person or private corporation) a citizen of **Wisconsin** (State, if known)

and (if a person) resides at _____ (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff formerly leased an apartment from the Defendant. The board did not bring action to evict Plaintiff in small claims court, yet Plaintiff was evicted by sheriff from an unnamed jurisdiction. Plaintiff was never served legal papers, nor notified by court of legal proceedings. There was no lawyer assigned to Defendants. There was no communication between Plaintiff and Defendant.

Attachment One (Complaint) – 2

Again, no legal documents of any sort were furnished to Plaintiff. There was no legal procedure involved in eviction. I am not sure the term eviction is the correct term for this incident. I think force is a better term. I was illegally forced out of my Apt, this against a leasing contract signed for one year. I had been living at the Apt for six months. The contract had not expired. There was no "eviction" hearing. I had at the time a mailing address. I did not receive any letters from Defendant or Dane County Court. Plaintiff sought to rectify issue in the Circuit, Appeal, and Supreme Court pro se. The courts all supported the illegal use of force. "Evicted" in 2021. No reason was given for Defendants actions, nor the Court(s) Decision.

C.   JURISDICTION

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331.
         OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

PUNITIVE DAMAGES $11 million USD

E.  **JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case
         OR

☐ Court Trial – I want a judge to hear my case

Dated this __10th__ day of __September__ 20__25__

Respectfully Submitted,

_____
Signature of Plaintiff

__735671__
Plaintiff's Prisoner ID Number

__Waupun Correctional Inst.__
__Po Box 351 Waupun, WI. 53963-0351__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.