IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBIN LAVANCE PERKINS,

    Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN,

    Defendant.

ORDER

25-cv-782-jdp
App. No. 25-3092

---

Plaintiff Robin Lavance Perkins has filed a notice of appeal from an order entered on October 28, 2025. Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Robin Lavance Perkins may have until December 19, 2025 to pay the $605[1] appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal. Failure to meet this deadline may result in dismissal of the appeal.

Entered this 4th day of December, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the fee for filing an appeal is $605.